DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS MANUEL LOPEZ-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00326 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| LUIS MANUEL LOPEZ-JIMENEZ, | Date; January 9, 2012<br>Time: 1:00 P.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for December 19, 2011, **may be continued to January 9, 2012 at 1:00 P.M.**

This continuance is requested by counsel for the defendant to allow additional time for defense review of the pre plea PSR and, if necessary, further plea negotiation prior to hearing. On November 21, 2011, the defense submitted a pre plea worksheet to probation for the purpose of preparation of a pre plea PSR. On December 14, 2011, defense counsel received the PSR. The defendant is being housed at the Lerdo facility; due to the timing of receipt of the PSR defense counsel is unable to schedule Defendant to be transported to review the report with the defendant prior to the currently scheduled hearing. Assistant U.S. Attorney Ian Garriques is not opposed to this request. The requested continuance will conserve time and resources for both counsel and the court.

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

DATED: December 14, 2011                    By  /s/ Ian Garriques
                                                  IAN GARRIQUES
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED: December 14, 2011                    By  /s/ Marc Days
                                                 MARC DAYS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               LUIS MANUEL LOPEZ-JIMENEZ

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).   Good Cause exists for the continuance.  Time is excluded for the reasons found in the request/stipulation.

IT IS SO ORDERED.

**Dated:   December 15, 2011**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE